AO 243 (Rev. 5/85)
SDNY Web 5/99

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District | Massachusetts |
|---|---|---|

| Name of Movant | Prisoner No. | Case No. |
|---|---|---|
| Joseph Faretra, Jr. | 20261-038 | 02-10365-WGY |

Place of Confinement: FMC Devens

04 11695 WGY

UNITED STATES OF AMERICA   V.   Joseph Faretra, MAGISTRATE JUDGE
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack
   United States District Court for the District of Massachusetts

2. Date of judgment of conviction  July 25, 2003

3. Length of sentence  21 months

4. Nature of offense involved (all counts)
   Counts 1-13, 18 U.S.C. sec.1029(a)(5) credit card fraud

5. What was your plea?  (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)  N/A
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?  N/A
   Yes ☐   No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐   No ☒

(2)

AO 243 (Rev. 5/85) SDNY Web 5/99

9. If you did appeal, answer the following: N/A

   (a) Name of court _____

   (b) Result _____

   (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
Yes ☐   No ☒

11. If your answer to 10 was "yes," give the following information: N/A

   (a) (1) Name of court _____

      (2) Nature of proceeding _____

      (3) Grounds raised _____

      (4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☐

      (5) Result _____

      (6) Date of result _____

   (b) As to any second petition, application or motion give the same information:

      (1) Name of court _____

      (2) Nature of proceeding _____

      (3) Grounds raised _____

AO 243 (Rev. 5/85) SDNY Web 5/99

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.     Yes ☐    No ☐
(2) Second petition, etc.    Yes ☐    No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 5/85) SDNY Web 5/99

(4)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: My sentence was imposed in violation of Apprendi v. New Jersey, 510 U.S. 466(2000) and Blakely v. Washington, 2004 WL 1402697 (2004)

Supporting FACTS (state *briefly* without citing cases or law) The federal sentencing guidelines, pursuant to which I was sentenced, are unconstitutional, and in my event were unconstitutionally applied to me. Specifically, the indictment failed to allege, and I did not admit at the plea hearing, facts such as loss amount, number of victims, and prior criminal hisotry, which were used to enhance my sentence.

B. Ground two: Ineffective assistance of counsel.

Supporting FACTS (state *briefly* without citing cases or law)
My counsel failed to raise the Blakely and Apprendi case(s)

C. Ground three: 

Supporting FACTS (state *briefly* without citing cases or law)

AO 243 (Rev. 5/85) SDNY Web 5/99

D. Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law) _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

    My counsel failed to raise the grounds.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing  J. Martin Richey, Federal Defender Office, 408 Atlantic Ave, Boston, MA  02110

    (b) At arraignment and plea  same

    (c) At trial  same

    (d) At sentencing  same

AO 243 (Rev. 5/85) SDNY Web 5/99

(e) On appeal  N/A

(f) In any post-conviction proceeding  N/A

(g) On appeal from any adverse ruling in a post-conviction proceeding  N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes [X]    No [ ]

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes [ ]    No [X]

   (a) If so, give name and location of court which imposed sentence to be served in the future:

   (b) Give date and length of the above sentence:

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes [ ]    No [ ]

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

7-20-04
(date)

_Joseph Tautra_
Signature of Movant