United States District Court
District of Massachusetts

04-11695-WGY

United States of America,
    Plaintiff

v.

Joseph Faretra, Jr.
    Defendant

## MOTION FOR LEAVE TO FILE APPEAL

NOW COMES the Defendant, Joseph Faretra, Jr. and moves that this Honorable Court grant him leave to file an appeal of the Order entered November 3, 2004 denying his Petition filed pursuant to 28 USC s2255, *sua sponte*, and herein sets forth the following reasons:

1. On July 25, 2003 the Defendant was convicted of thirteen (13) counts of credit card fraud, after pleading guilty and was sentenced to twenty one (21) months.

2. Defendant's asserts that his sentence was impermissibly enhanced.

3. On June 25, 2004, the Supreme Court of the United States rendered its decision in Blakely v. Washington (citation omitted).

4. On July 22, 2004, Defendant's attorney, Martin Richey, a public defender, who had been appointed by the Court to represent him, filed the present action.

5. At the time the present action was filed, Defendant was incarcerated at the Federal Medical Center-Devens.

6. On November 30, 2004, Defendant was transferred to the Coolidge House.

7. The Order of the Court dismissing the present action was entered November 3, 2004, however Defendant did not receive notice of the same until his transfer to Coolidge.

8. The Order of the Court provided that "[d]ue to the complexity of these matters [those raised in the present action], a certificate of appealability shall issue."

9. The Defendant intends to prosecute an appeal if permitted to do so by the Court.

10. The government will not be prejudiced by the allowance of Defendant's Motion for Leave to File Appeal.

11. Until such time as the Supreme Court of the United States releases opinions in the pending Booker and Fanfan cases (citations omitted), the issues raised by Defendant's Petition remain unresolved. Further, since the underlying facts in both Booker and Fanfan are different than those raised by the Defendant, there is no assurance that the opinions will address whether the failure of counsel to have raised Apprendi (citation omitted) issues, constitutes ineffective assistance.

WHEREFORE, your Defendant prays that he be permitted to file an appeal in or within thirty (30) days from this date.

Respectfully submitted,

*[signature]*
Joseph Faretra, Jr.
20261-038
Coolidge House
307 Huntington Avenue
Boston, MA 02115

December 16, 2004

CERTIFICATE OF SERVICE

I certify that the within Motion for Leave to File Appeal has this day been mailed, first class, postage pre-paid, to Paul Moore, AUSA, 1 Courthouse Way, Boston, MA 02210.

December 16, 2004

*[signature]*
Joseph Faretra, Jr.