United States District Court
District of Massachusetts

04-11695-WGY

United States of America,
    Plaintiff

v.

Joseph Faretra, Jr.
    Defendant

## APPEARANCE

Please file my appearance, *Pro Se*.

Respectfully submitted,

Joseph Faretra, Jr.
20261-038
Coolidge House
307 Huntington Avenue
Boston, MA 02115

December 20, 2004

## CERTIFICATE OF SERVICE

I certify that the within Motion for Leave to File Appeal has this day been mailed, first class, postage pre-paid, to Paul Moore, AUSA, 1 Courthouse Way, Boston, MA 02210.

December 20, 2004

Joseph Faretra, Jr.