United States District Court
District of Massachusetts

04-11695-WGY

FILED
IN CLERKS OFFICE
2005 JAN 24 P 2: 15
U.S. DISTRICT COURT
DISTRICT OF MASS.

United States of America,
Plaintiff

v.                                    NOTICE OF APPEAL

Joseph Faretra, Jr.
Defendant

Notice is hereby given that Joseph Faretra, Jr., Defendant, hereby appeals to the United States Court of Appeals for the First Circuit from the Order of Young, J entered November 3, 2004 denying his Petition filed pursuant to 28 USC s2255, *sua sponte*. The Order of the Court provided that "[d]ue to the complexity of these matters [those raised in the present action], a certificate of appealability shall issue." On December 20, 2004, Defendant filed a Motion for Leave to File Appeal, which was allowed on December 30, 2004.

Respectfully submitted,

Joseph Faretra, Jr.
48 Bellevue Avenue
Winthrop, MA 02152

January 24, 2004