United States District Court
District of Massachusetts

04-11695-WGY

FILED
IN CLERKS OFFICE

2005 JAN 24  P 2: 15

U.S. DISTRICT COURT
DISTRICT OF MASS.

United States of America,
    Plaintiff

v.

Joseph Faretra, Jr.
    Defendant

## CHANGE OF ADDRESS

Please note my change of address

Respectfully submitted,

*/s/ Joseph Faretra, Jr.*
Joseph Faretra, Jr.
48 Bellevue Avenue
Winthrop, MA 02152

January 24, 2005