# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-11695

United States of America

v.

Joseph Faretra, Jr.

## CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 1/24/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 26, 2005.

Tony Anastas, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/26/05

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-11695-WGY

Faretra v. United States of America  
Assigned to: Chief Judge William G. Young  
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 07/22/2004  
Jury Demand: None  
Nature of Suit: 510 Prisoner: Vacate Sentence  
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Joseph Faretra, Jr.**  represented by  **Joseph Faretra, Jr.**  
48 Bellevue Avenue  
Winthrop, MA 02152  
PRO SE

V.

**Respondent**

**United States of America**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/22/2004 | 1 | MOTION to Vacate,Set Aside, or Correct Sentence by Joseph Faretra Jr..(Jenness, Susan) Modified on 8/2/2004 (Jenness, Susan). (Entered: 08/02/2004) |
| 07/22/2004 |   | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Jenness, Susan) (Entered: 08/02/2004) |
| 08/02/2004 |   | File forwarded to WGY Session (Jenness, Susan) |

| | | |
|---|---|---|
| | | (Entered: 08/02/2004) |
| 11/03/2004 | | Judge William G. Young : ELECTRONIC ORDER entered denying 1 Motion to Vacate "This petition is denied sua sponte. Blakely v Washington is not retroactive and the petiton derives nothing from Teague v Lane. It is true that counsel raised no issue under Apprendi v New Jersy but this is hardly ineffective assistance of counsel in view of the decisions of the Courts of Appeals. Due to the complexity of these matters, a certificate of appealability shal issue. cc/cl (Smith, Bonnie) (Entered: 11/03/2004) |
| 11/03/2004 | | Civil Case Terminated. (Smith, Bonnie) (Entered: 11/03/2004) |
| 12/20/2004 | 2 | MOTION for Leave to File Appeal by Joseph Faretra Jr.. c/s.(Bell, Marie) (Entered: 12/22/2004) |
| 12/22/2004 | 3 | NOTICE of Change of Address and Pro Se Appearance by Joseph Faretra Jr. (Bell, Marie) (Entered: 12/29/2004) |
| 12/23/2004 | | Judge William G. Young : ELECTRONIC ORDER entered granting 2 Motion for Leave to Appeal. cc/cl. (Bell, Marie) (Entered: 12/28/2004) |
| 01/24/2005 | 4 | NOTICE OF APPEAL as to Order on Motion to Vacate, by Joseph Faretra, Jr. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 2/14/2005. cc/cl.(Bell, Marie) (Entered: 01/25/2005) |
| 01/24/2005 | 5 | NOTICE of Change of Address by Joseph Faretra, Jr (Bell, Marie) (Entered: 01/25/2005) |