# United States Court of Appeals
## For the First Circuit

No. 05-1140
DC No. 04-cv-11695-WGY

JOSEPH FARETRA, JR.,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

### ORDER OF COURT
### Entered: February 7, 2005

This court has docketed petitioner's appeal from the denial of his petition for relief pursuant to 28 U.S.C. § 2255 in civil action no. 04-12200-WGY (D. Mass.). On November 3, 2004, the district court entered an electronic order dismissing the petition and stating that "[d]ue to the complexity of these matters, a certificate of appealability shall issue." Pursuant to Local Rule 22.1, "[i]f the district court grants a certificate of appealability, it must state which issue or issues satisfy the standard set forth in 28 U.S.C. §2253(c)(2)."

We now transmit copies of petitioner's notice of appeal to the district court and request that it specify as to which issue(s) the certificate was granted. <u>See</u> Local Rule 22.1(b). Copies of the district court's ruling shall be forwarded to this court.

By the Court:

Richard Cushing Donovan, Clerk

MARGARET CARTER

By:_____
    Chief Deputy Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 2/7/05

[Certified copy: Judge William Young, Sarah A. Thornton, Clerk, USDC]

[cc: Joseph Faretra, Jr., Michael J. Sulllivan, USA, Dina M. Chaitowitz, AUSA]