**MANDATE**

*Young,
USDCMA
04-11695*

# United States Court of Appeals
## For the First Circuit

No.05-1140

JOSEPH FARETRA, JR.,

Petitioner - Appellant,

v.

UNITED STATES,

Respondent - Appellee.

---

### JUDGMENT
### Entered: May 12, 2005

By notice issued April 8, 2005, appellant was notified that he was in default for failure to file an opening brief. Appellant was warned that unless he filed a brief by April 22, 2005, his appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to file a brief, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Loc. R. 45(a) and 3(b).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 7/6/05

By the Court:
Richard Cushing Donovan, Clerk

**JULIE GREGG**

By:_____
Operations Manager

[cc: Joseph Faretra Jr., Michael J. Sullivan, USA, Dina Michael Chaitowitz, AUSA]